IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR260 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PEDRO SALGADO-OCAMPO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Pedro Salgado-Ocampo (Salgado-Ocampo) (Filing No. 23). Salgado-Ocampo seeks a continuance of the trial of this matter which is scheduled for September 9, 2013. Salgado-Ocampo's counsel has represented to the court that Salgado-Ocampo will submit an affidavit wherein Salgado-Ocampo consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Salgado-Ocampo's motion to continue trial (Filing No. 23) is granted.

2. Trial of this matter is re-scheduled for **December 2, 2013,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 26, 2013, and December 2, 2013,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 26th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge